UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, and JANE DOE 8,<br><br>       Plaintiffs,<br><br>vs.<br><br>JAMEY NOEL, in his official capacity as Sheriff of Clark County; DAVID LOWE, individually and in his official capacity as a jail officer of the Clark County Jail; and UNKNOWN JAIL OFFICERS, individually and in their official capacities as jail officers of the Clark County Sherriff's Department,<br><br>       Defendants. | CAUSE NO.:  4:22-cv-0094-SEB-DML |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Jane Does 1 – 8

*/s/ Stephen M. Wagner*
Stephen M. Wagner, # 18248-49
WAGNER REESE, LLP
11939 North Meridian Street, Suite 100
Carmel, IN  46032
Tel:  (317) 569.0000 / Fax:  (317) 569-8088
Email:  SWagner@WagnerReese.com