UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, and JANE DOE 8, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMEY NOEL, in his official capacity as Sheriff of Clark County; DAVID LOWE, individually and in his official capacity as a jail officer of the Clark County Jail; and UNKNOWN JAIL OFFICERS, individually and in their official capacities as jail officers of the Clark County Sherriff's Department, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CAUSE NO.: 4:22-CV-0094-SEB-DML |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

Jamey Noel, Sheriff
CLARK COUNTY SHERIFF'S DEPARTMENT
501 East Court Avenue
Suite #159
Jeffersonville, Indiana 47130

Mr. David Lowe
c/o CLARK COUNTY SHERIFF'S DEPARTMENT
501 East Court Avenue
Suite #159
Jeffersonville, Indiana 47130

  A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiffs' attorney, whose name and address are:

Stephen M. Wagner, Esq.
Laura W. Swafford, Esq.
11939 North Meridian Street, Suite 100
Carmel, IN 46032

Civil Summons (Page 2)

Civil Action Number: 4:22-CV-0094-SEB-DML

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                      *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

  This summons for *(name of individual and title, if any)* _____
was received by me on *(date)*_____.

  ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

  ☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

  ☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ _____on *(date)* _____; or

  ☐ I returned the summons unexecuted because _____; or

  ☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____     _____
                      *Server's Signature*

                   _____
                      *Printed name and title*

                   _____
                      *Server's address*

Additional information regarding attempted service, etc.