UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| Jane Doe 1-8, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-00094-SEB-DML |
| | ) | |
| JAMEY NOEL in his official capacity as Sheriff of Clark County, | ) | |
| DAVID LOWE individually and in his official capacity as a jail officer of the Clark County Jail, | ) | |
| Unknown Jail Officers individually and in their official capacities as jail officers of the Clark County Sheriff's Department, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Screening Complaint**

Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, and Jane Doe 8, by counsel, bring this action pursuant to 42 U.S.C. § 1983, on account of events that occurred at the Clark County Jail in October 2021.

If any of the plaintiffs remain incarcerated, this Court has an obligation under 28 U.S.C. § 1915A(a) to screen the complaint before service on the defendants. If that is not the case, the Court may screen the complaint under its inherent authority to do so. *See Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999) ("[D]istrict courts have the power to screen complaints filed by all litigants, prisoners and non-prisoners alike, regardless of fee status.").

In determining whether the complaint states a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See Cesal v. Moats*, 851 F.3d 714, 720 (7th Cir. 2017). Based on this standard, **the claims shall proceed as presented**.

The clerk is **directed to issue** the proposed summons at docket [7]. The plaintiffs shall complete service on the defendants consistent with Rule 4(m) of the Federal Rules of Civil Procedure.

The defendants shall respond to the motion to proceed under pseudonyms, dkt. [5], when they file their answer to the complaint.

**IT IS SO ORDERED.**

Date:  7/26/2022

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Laura Walker Swafford
WAGNER REESE, LLP
lswafford@wagnerreese.com

Stephen M. Wagner
WAGNER REESE, LLP
swagner@wagnerreese.com